UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20836-MC-ALTONAGA/TORRES

In Re Application of

ANTONIO LAURIA PULGAR

Applicant,

Pursuant to 28 U.S. Code § 1782
For Judicial Assistance in Obtaining
Evidence For Use in a Foreign and
International Proceeding.
_____/

**NOTICE OF FILING**

Applicant, Antonio Lauria Pulgar, hereby provides notice to the Court that, on May 31, 2022, Applicant filed his (1) Response to the Court's May 25, 2022 Order to Show Cause [D.E. 13] (the "Order") and (2) *Verified* Response to Non-Party Morelia C. Perez Presilla's ("Perez") Motion to Vacate Order and to Quash Subpoena [D.E. 6].

The above filings were made through the Clerk for Sealed Documents (sealedfpd@flsd.uscourts.gov), and a true and correct copy was sent via email to Non-Party Morelia C. Pérez Presilla's counsel, Mr. Brian Recor, Esq. (brian@recorrieber.com), and to this Court's CM/ECF mail box (torres@flsd.urcourts.gov). *See* Antonio's counsel May 31, 2022 emails attached hereto as **Exhibits "A"** and **"B,"** respectively. However, on June 1, 2022, the Clerk for Sealed Documents advised the undersigned that "this case [is] no longer Sealed. If you wish to file your Sealed documents, please resubmit your filing with a Motion to Seal and Proposed Order." June 1, 2022 emails from Sealed Department to undersigned, attached hereto as Composite **Exhibit "C."**

1

Accordingly, and in abundance of caution, undersigned is also submitting these filings through the Court's CM/ECF portal, without waiving Applicant's contention that these proceedings should remain under seal.

DATE: June 1, 2022.    Respectfully submitted,

          DIAZ REUS & TARG, LLP
          100 Southeast Second Street, Suite 3400
          Miami, Florida 33131
          Telephone (305) 375-9220

          By: */s/ Javier Coronado Diaz*
          Michael Diaz, Jr., (Florida Bar No. 606774)
          Attorney Email: mdiaz@diazreus.com
          Javier Coronado Diaz (New York Bar No. 5584842)
          (Admitted to this Court *Pro Hac Vice*)
          Attorney Email: jcoronado@diazreus.com
          Victor Arca (Florida Bar No. 1014225)
          Attorney Email: varca@diazreus.com

          *Counsel for Applicant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2022, the foregoing was sent to Non-Party Morelia C. Pérez Presilla's counsel, Mr. Brian Recor, Esq., via the Court's CM/ECF portal.

RECOR RIEBER, P.A.
848 Brickell Avenue, Suite 1000
Miami, FL 33131
Tel: 305-988-8002
Brian Recor, Esq.
Florida Bar No. 118392
brian@recorrieber.com

*Attorneys for Non-party*
*Morelia Coromoto Pérez Presilla*

          By: */s/ Javier Coronado Diaz.*
            Javier Coronado Diaz